```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    BRENT A. WHITTLESEY
 4  Assistant United States Attorney
    Financial Litigation Unit
 5  brent.whittlesey@usdoj.gov
    California Bar Number:   73493
 6       Room 7516 Federal Building
         300 North Los Angeles Street
 7       Los Angeles, California 90012
         Telephone: (213) 894-2445
 8       Facsimile: (213) 894-5900

 9  Attorney for Plaintiff
    United States of America
10
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 00-994-RMT |
|---|---|
| Plaintiff, | ) (~~PROPOSED~~) |
| v. | ) **ORDER AUTHORIZING APPLICATION** |
|  | ) **OF CASH BOND DEPOSIT TO** |
| RICHARD I. BERGER, | ) **CRIMINAL DEBT** |
| Defendant. | ) |

The plaintiff United States of America has filed a motion for an order authorizing the Clerk of the Court to apply the sum of $10,000 deposited by defendant Richard I. Berger to secure his bond in this case to defendant's outstanding obligation to pay special assessments and fines. The court having found good cause for entry of an order granting the motion pursuant to the government's lien, and the defendant having advised the court that he takes no position on this motion,

IT IS ORDERED that the motion by the government for an order authorizing the Clerk of Court to apply the sum of $10,000 cash, deposited by defendant Richard I. Berger to secure his bond, to defendant's outstanding indebtedness to the United States is granted.  The Clerk of the District Court is hereby authorized to apply the sum of $10,000 deposited with the Clerk by defendant to  satisfy defendant's outstanding indebtedness to the United States for payment of special assessments and restitution.

DATED: October 16, 2008

_____
HON. ROBERT M. TAKASUGI
United States District Judge

**cc: Fiscal**

Submitted by,

THOMAS P. O'BRIEN
United States Attorney

LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

        /S/
_____
BRENT A. WHITTLESEY
Assistant United States Attorney

Attorneys for Plaintiff
United States of America